# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KEVIN HERRING,**

        **Plaintiff,**

**-vs-**                                            **Case No. 6:06-cv-100-Orl-18KRS**

**WBC CONSTRUCTION, LLC,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **UNOPPOSED MOTION TO APPEAR TELEPHONICALLY (Doc. No. 16)**
>
> **FILED:**      **April 20, 2006**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The Scheduling Order provides that the filing of a case management report is waived until such time as the parties complete the steps outlined in that order. Doc. No. 8.

**DONE** and **ORDERED** in Orlando, Florida on April 20, 2006.

                                              *Karla R. Spaulding*
                                              KARLA R. SPAULDING
                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties