# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KEVIN HERRING,**

        **Plaintiff,**

**-vs-**                                                            **Case No. 6:06-cv-100-Orl-18KRS**

**WBC CONSTRUCTION, LLC,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR RECONSIDERATION TO APPEAR TELEPHONICALLY (Doc. No. 19)** |
| **FILED:** | **May 3, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

Counsel for the defendant may appear at the Case Management Conference scheduled in this matter by telephone.

**DONE** and **ORDERED** in Orlando, Florida on May 4, 2006.

                                                    *Karla R. Spaulding*
                                                   KARLA R. SPAULDING
                                         UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties