**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KEVIN HERRING,**
                **Plaintiff,**

**-vs-**                                **Case No. 6:06-cv-100-Orl-31KRS**

**WBC CONSTRUCTION, LLC,**
                **Defendant.**
_____

## ORDER

Upon consideration of the Motion for Approval of Settlement (Doc. 32), it is

**ORDERED** that the Motion is GRANTED. The Court finds that the Settlement Agreement is a fair and reasonable compromise of a legitimate dispute between parties represented by competent counsel. Therefore, the Settlement Agreement is approved[1] and the case is dismissed with prejudice. This case is removed from the June 2007 trial docket and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 30, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

---

[1] Since the parties have filed the Settlement Agreement in the public record, portions of paragraph 2.b. appear inapplicable.